JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York Corporation,<br><br>            Plaintiffs,<br><br>    v.<br><br>IAMKOKO.LA, a California Corporation; and DOES 1-10, inclusive<br><br>            Defendants. | No. 2:23-cv-03224-ODW (MRWx)<br><br>**PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE**<br><br>**Hon. Otis D. Wright, II** |

    **WHEREAS**, on April 28, 2023, Plaintiff filed its Complaint (ECF No. 1) in this Action against Defendant.

    **WHEREAS**, Plaintiff is the owner of a number of U.S. registered trademarks covering various products it markets under its federally registered trademarks, including but not limited to the ⓒⓒ Monogram, CHANEL, and other trademarks, including the trademarks identified by registration number and shown in ¶ 10 of Plaintiff's Complaint (Dkt. 1) as well as **Exhibit A** attached hereto (collectively referred to in the Complaint and herein as the "Chanel Marks").

**WHEREAS**, Plaintiff's Complaint asserted causes of action against Defendant for Trademark Infringement and Counterfeiting under the Lanham Act, 15 U.S.C. § 1051, *et seq.*; False Designations of Origin and Unfair Competition in violation of 15 U.S.C. § 1125; and corresponding claims for Trademark Infringement and Unfair Competition under the statutory and common of California, all arising from Defendants' manufacture, importation, distribution, marketing, advertisement, offering for sale, and/or sale of certain products bearing one or more of the Chanel Marks (the "Accused Products"), several examples of which are shown in the photographs below:



**WHEREAS,** Defendant's answer to the Complaint was due on August 22, 2023. In lieu of filing its answer wherein Defendant intended to deny the material allegations therein and to assert various affirmative defense, the Parties have entered into a Confidential Settlement Agreement.

**WHEREAS**, the Parties have entered into a Confidential Settlement Agreement to avoid the substantial burden, expense, and uncertainties that would be involved in litigating the lawsuit to conclusion.

**WHEREAS**, Defendant's agreement to this stipulation and the Confidential Settlement Agreement are consistent with its denial of any and all wrongdoing and legal liability alleged against it in the Action and shall not in any way constitute or be construed as an admission of any kind.

**WHEREAS**, pursuant to the terms of the Settlement Agreement, Defendant has agreed to, and the Parties HEREBY STIPULATE to entry of a Permanent Injunction and Voluntary Dismissal of Defendant Iamkoko.la as follows, and **IT IS HEREBY ORDERED** that:

1. The Court has personal jurisdiction over Defendant and subject matter jurisdiction in this Action at least pursuant to 15 U.S.C. § 1121.

2. Entry of this Stipulation to Entry of a Permanent Injunction and Voluntary Dismissal with Prejudice, as well as any related Order that may follow this Stipulation shall serve to bind and obligate each of the Parties hereto.

3. Defendant, including all its agents, servants, successors and assigns, is permanently restrained and enjoined from:

   a. Manufacturing, importing, distributing, marketing, offering for sale, or selling the Accused Product and/or products bearing any one or more of the Chanel Marks or any mark confusingly similar to one or more of the Chanel Marks;

   b. Using any one or more of the Chanel Marks in advertising, promoting, and/or marketing of Defendant's products or committing any other act which represents that Defendant's products are licensed, authorized, sponsored by, or in any way associated with Plaintiff and/or Plaintiff's products; and

      c.      Engaging in any conduct in unfair competition with Plaintiff that involves the use of Chanel Marks, including acts and practices that deceive consumers and/or the public.

4. Each Party shall bear its own attorneys' fees and costs associated with the Action with neither Party deemed as the prevailing party.

5. Except as otherwise provided herein, Defendant Iamkoko.la is hereby dismissed **with prejudice**.

**IT IS SO ORDERED.**

DATED: October 27, 2023

                                                         Hon. Otis D. Wright, II
                                                       United States District Judge

## EXHIBIT A: Chanel Marks

| Trademark | U.S. Reg. No. | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 3,133,139 | August 22, 2006 | Class 14: Jewelry and Watches |
| CHANEL | 0,902,190 | November 10, 1970 | Class 14: Bracelets, Pins and Earrings |
| CHANEL | 0,612,169 | September 13, 1955 | Class 14: Necklaces |
| (CC logo) | 1,501,898 | August 30, 1988 | Class 14: Costume Jewelry<br><br>Class 25: Blouses, Shoes, Belts, Scarves, Jackets, Men's Ties<br><br>Class 26: Brooches, buttons for clothing. |